IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TREDERIALO J. BACA,

        Plaintiff,                  No. 2:11-cv-2459-LKK-JFM (PC)

    vs.

BRELJE, *et al.*,

        Defendants.        <u>ORDER</u>

                                       /

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. By order filed January 3, 2012, plaintiff's complaint was dismissed with leave to file an amended complaint. Plaintiff has now filed what he titles a first amended complaint, but which is instead copies of his prison grievances. Because plaintiff did not set forth his allegations on this district's civil form, he will be provided the opportunity to do so.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's amended complaint is dismissed; and

        2. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Amendment and submit the following documents to the court:

                a. The completed Notice of Amendment; and

1

1       b. An original and one copy of the Second Amended Complaint.
2 Plaintiff's second amended complaint shall comply with the requirements of the Civil Rights
3 Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice; the second amended
4 complaint must bear the docket number assigned this case and must be labeled "Second
5 Amended Complaint"; failure to file a second amended complaint in accordance with this order
6 may result in the dismissal of this action.

7       3. The Clerk of the Court is directed to send plaintiff the form to be used by a
8 prisoner filing a civil rights action pursuant to 42 U.S.C. § 1983.

9 DATED: March 16, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

/014;baca2459.14am

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TREDERIALO J. BACA,

       Plaintiff,              No. 2:11-cv-2459-LKK-JFM (PC)

   vs.

BRELJE, *et al.*,

       Defendants.       <u>NOTICE OF AMENDMENT</u>

_____/

      Plaintiff hereby submits the following document in compliance with the court's order filed _____:

      _____ Second Amended Complaint

DATED:

                                              Plaintiff