IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TREDERIALO J. BACA,

        Plaintiff,                     No.  2:11-cv-2459 LKK JFM (PC)

    vs.

SACRAMENTO COUNTY SHERIFF
DEPARTMENT, et al.,

        Defendants.              FINDINGS & RECOMMENDATIONS

                                /

        By order filed March 19, 2012, plaintiff's amended complaint was dismissed and thirty days leave to file an amended complaint was granted.  Thirty days from that date have now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's

1

1 Findings and Recommendations." Any response to the objections shall be filed and served
2 within fourteen days after service of the objections. Plaintiff is advised that failure to file
3 objections within the specified time may waive the right to appeal the District Court's order.
4 <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
5 DATED: June 18, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

/014;baca2459.fta

2